# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1403

_____

Handson Asuma Nyambariga,

            Petitioner,

v.

Eric H. Holder, Jr., Attorney General
of the United States,

            Respondent.

\*
\*
\*
\*  Petition for Review of
\*  an Order of the Board
\*  of Immigration Appeals.
\*
\*    [UNPUBLISHED]
\*
\*

_____

Submitted: September 23, 2010
Filed: September 30, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Handson Asuma Nyambariga petitions for review of an order of the Board of Immigration Appeals (BIA) denying his July 2009 motion to reopen a prior decision. We conclude that the BIA acted within its discretion. See Clifton v. Holder, 598 F.3d 486, 490–91 (8th Cir. 2010) (standard of review). Accordingly, we deny the petition for review.

_____